# EXHIBIT C

To the Affidavit of Nick Abraczinskas



Holtec Center, 555 Lincoln Drive West, Marlton, NJ 08053
Telephone (856) 797-0900
Fax (856) 797-0909

HOLTEC INTERNATIONAL CONFIDENTIAL

January 1, 2010

Subject: Holtec International Security Policy (Form HR-22)

This memo provides a description of the Holtec International Security Protection systems in Marlton, NJ.

- Steve Trendler is head of Maintenance/Building Security team which includes IT and Corporate Admin personnel
- All Security systems (doors, windows, video cameras, tapes, computer checks, other asset checks) are monitored regularly on a weekly basis by the Maintenance/Building Security team
- Maintenance/Building Security, IT and Corporate Admin perform monthly walk-throughs on the campus
- Maintenance/Building Security frequent the office and property on random checks at night and on weekends throughout the year
- Singh Real Estate owns the 555 Lincoln Dr. West, Marlton, NJ offices and approximately 4 acres of land on the site
- 2 companies in addition to Holtec International lease space within the 555 Lincoln Drive building – Northeast Planning Corporation and Greer Scocca & Lau
- There is one main entrance to the 555 building in which visitors and mail are checked in at one of two (2) admin desks
- The main entrance consists of double doors for extra security
- The Corporate Admin/Accounting offices have a separate locked entrance that include a separate security (burglar) alarm system
- No visitors are allowed to pass through the building without checking in to one of the two admin desks
- Mail is to be delivered only to the side Engineering Admin desk (all vendors and US Postal are instructed) and is to be delivered directly to admin
- All mail shall be instantly delivered to the Corporate Admin/Accounting Team that is responsible for distributing
- All sensitive data shall be stored on secure computers with limited hard copies stored in shelves or locked drawers and cases within locked offices
- All Confidential and Proprietary data should be locked in no less than two (2) locked access points at all times
- All Confidential and Proprietary data copies should be marked as such
- There are currently 5 active security cameras on the entrance/exit doors throughout the building

Form HR-22, Holtec International Security Policy v1-1-10

- IT group monitors video tapes on a weekly basis and performs systems integrity audits
- The tapes are monitored by television, taped to dvd and saved for 6 weeks
- Corporate Admin/Accounting office only has 1 entry and 2 exits
- No windows are allowed to open throughout the building
- The building includes 2 security (burglar alarm) systems managed by Castle Security Systems
- The last employee to leave for the evening is expected to turn off non-security lights and use the security code to set the security (burglar alarms)
- The fire alarm (smoke) system is also managed by Castle Security Systems
- Smoke detectors and sprinkler systems are located around the building, with emergency pull stations at each exit
- Security cards are issued to every employee by name and number for record keeping and tracking purposes
- Card Readers are posted on each entrance to the building
- Card Readers for Main Entrance are programmed to automatically lock doors outside of the hours of 8AM EST to 6PM EST and maintain locked throughout weekend 24 hours a day
- All other entrances to the building remain locked 24 hours per day, 7 days per week
- The Marlton building has no loading/unloading zone
- Snow/Ice shall be quickly removed by Maintenance/Building Security team during any adverse weather conditions
- Corporate Admin/IT/Building Security/Maintenance teams are responsible for any Corporate Announcements involving work hours, schedule, office closings or delays due to adverse weather or other
- Temporary Employees and Subcontractors should be given no access to Holtec International data, computers, telephones, buildings unless first approved by the Project Manager, Division VP and CFO
- Subcontractors are supplied and must abide by Holtec standard Terms and Conditions
- Any other similar Security or Human Resources questions may be referenced to the Holtec Conditions of Employment or Employee Handbook

Frank Bongrazio, Sr. Vice President & CFO

cc:   Human Resources
cc:   Marlton

Form HR-22, Holtec International Security Policy v1-1-10